UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAWN GREEN,

        Plaintiff,                          No. 15-13479

v.                                        District Judge Sean F. Cox
                                          Magistrate Judge R. Steven Whalen

CITY OF SOUTHFIELD, ET AL.,

        Defendants.
_____/

**ORDER**

For the reasons and under the terms stated on the record on November 17, 2016, City of Southfield Defendants' Motion for Protective Order Preventing the Depositions of Chief Hawkins, Deputy Chief Fitzgerald, and City Administrator Zorn [Doc. #86] is GRANTED, without prejudice to Plaintiff seeking to depose these individuals if justified by their interrogatory responses.

       IT IS SO ORDERED.


                                                  s/ R. Steven Whalen
                                                  R. STEVEN WHALEN
                                                  UNITED STATES MAGISTRATE JUDGE

Dated: November 22, 2016

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on November 22, 2016, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager to the
Honorable R. Steven Whalen
