UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAWN GREEN,

        Plaintiff,                                     No. 15-13479

v.                                         District Judge Sean F. Cox
                                           Magistrate Judge R. Steven Whalen

CITY OF SOUTHFIELD, ET AL.,

        Defendants.
_____/

**ORDER**

For the reasons and under the terms stated on the record on December 15, 2016, City of Southfield Defendants' Motion to Compel Production of Documents [Doc. #92] is DENIED IN PART AND GRANTED IN PART.

The Court having found that Plaintiff has not implicitly waived the attorney-client privilege, the motion is DENIED as to any attorney-client and work-product protected communications.

The motion is GRANTED as to purely factual information, i.e., deposition transcripts, publically filed documents, and communications between Plaintiff's counsel and non-parties.[1] Plaintiff need not produce any such documents that are already in the

---

[1] Except for non-parties, such as expert witnesses, employed or hired by counsel in preparation for litigation and not otherwise disclosed during the course of the prior litigation.

possession of Defendant's counsel.

Any material ordered produced must be produced within 21 days of the date of this Order.

IT IS SO ORDERED.

s/R. Steven Whalen
R. STEVEN WHALEN
United States Magistrate Judge

Dated: December 19, 2016


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on December 19, 2016, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager