UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAWN GREEN,

      Plaintiff,                          No. 15-13479

v.                                       District Judge Sean F. Cox
                                          Magistrate Judge R. Steven Whalen

CITY OF SOUTHFIELD, ET AL.,

      Defendants.
_____/

## ORDER

For the reasons and under the terms stated on the record on February 7, 2017, City of Southfield Defendants' Second Motion for Protective Order [Doc. #116] is GRANTED.

Plaintiff will not be permitted to depose Eric Hawkins (Southfield Police Chief), John Fitzgerald (Deputy Police Chief), Frederick Zorn (Southfield City Administrator), Mr. Zorn's secretary, a City of Southfield IT representative, or any other City of Southfield personnel regarding what Plaintiff has characterized as her "citizen's complaint."

-1-

The motion for protective order is also granted with respect to the Requests for Admission submitted by Plaintiff. However, Plaintiff is permitted to resubmit properly framed Requests for Admission, as stated on the record.

    IT IS SO ORDERED.

                                      s/R. Steven Whalen
                                      R. STEVEN WHALEN
                                      UNITED STATES MAGISTRATE JUDGE

Dated: March 14, 2017

## CERTIFICATE OF SERVICE

I hereby certify on March 14, 2017, that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants.

                                      s/Carolyn Ciesla
                                      Case Manager to
                                      Magistrate Judge R. Steven Whalen