UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAWN GREEN,

       Plaintiff,                        No. 15-13479

v.                                    District Judge Sean F. Cox
                                        Magistrate Judge R. Steven Whalen

CITY OF SOUTHFIELD, ET AL.,

       Defendants.
                                     /

**ORDER**

For the reasons and under the terms stated on the record on April 18, 2017, the Southfield Defendants' Third Motion for Protective Order [Doc. #145] is GRANTED IN PART AND DENIED IN PART.

As to the request to preclude the depositions of Sgt. Katie Schneider and Assistant City Administrator John Michrina, the motion is GRANTED.

As to the request to preclude the deposition of a Rule 30(b)(6) witness, the motion is DENIED, and Plaintiff may notice such deposition, under the terms stated on the record on April 18, 2017.

As to the request to preclude the deposition of Sgt. Keith Louden, the motion is DENIED.

All depositions will be conducted consistent with the terms stated on the record on April 18, 2017.

Defendants' request for sanctions is DENIED.

IT IS SO ORDERED.

s/R. Steven Whalen  
R. STEVEN WHALEN  
UNITED STATES MAGISTRATE JUDGE

Dated: April 21, 2017

## CERTIFICATE OF SERVICE

I hereby certify on April 21, 2017, that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants.

s/Carolyn Ciesla  
Case Manager to  
Magistrate Judge R. Steven Whalen