UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAWN GREEN,

       Plaintiff,                       No. 15-13479

v.                                 District Judge Sean F. Cox
                                      Magistrate Judge R. Steven Whalen

CITY OF SOUTHFIELD, ET AL.,

       Defendants.
_____/

**ORDER**

For the reasons and under the terms stated on the record on May 23, 2017, Defendants' Motion to Strike Plaintiff's Witness List [Doc. #151] is DENIED WITHOUT PREJUDICE.

    IT IS SO ORDERED.

                                       s/R. Steven Whalen
                                       R. STEVEN WHALEN
                                       UNITED STATES MAGISTRATE JUDGE

Dated: May 23, 2017

## CERTIFICATE OF SERVICE

I hereby certify on May 23, 2017, that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants.

s/Carolyn Ciesla
Case Manager to
Magistrate Judge R. Steven Whalen